UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00567

**Cecilia Gautney,**
*Plaintiff,*

v.

**Kilolo Kijakazi, Acting Commissioner of Social Security,**
*Defendant.*

# O R D E R

Plaintiff Cecilia Gautney filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the Commissioner's final decision denying her application for disability insurance benefits and supplemental security income. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636(b).

On February 10, 2025, the magistrate judge issued a report recommending that the Commissioner's final decision be reversed and the matter remanded. Doc. 16. The parties did not object to the report and recommendation. When the parties do not object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court reverses the Commissioner's final administrative decision and remands the matter to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner should address the deficiencies highlighted by the magistrate judge's report and recommendation. *See* Doc. 16 at 13–18. Any pending motions are denied as moot.

*So ordered by the court on February 28, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge