UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00567

**Cecilia Gautney,**
*Plaintiff,*

v.

**Kilolo Kijakazi, Acting Commissioner of Social Security,**
*Defendant.*

# ORDER

Plaintiff Cecilia Gautney brought this action seeking judicial review of the Commissioner's decision to deny her application for social-security benefits. Following a remand to the Commissioner for further proceedings, plaintiff filed an unopposed motion for attorney fees under the Equal Access to Justice Act. Doc. 19; *see* 28 U.S.C. § 2412(d). The magistrate judge issued a report and recommendation that the motion for fees be granted. Doc. 20. No party objected.

When no party objects to a magistrate judge's report and recommendation, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for EAJA attorney fees (Doc. 19) is granted. The Commissioner shall pay fees incurred totaling $7,153.06, payable to plaintiff and mailed to plaintiff's counsel of record.

*So ordered by the court on July 3, 2025.*

J. CAMPBELL BARKER
United States District Judge